# Deegan's Estate.

*Decedents estates—Widow's $5,000 preference—Constitutional law—Act of April 1, 1909, P. L. 87.*

The Act of April 1, 1909, P. L. 87, giving to widows of decedents $5,000 preference in distribution, applies not only to estates of intestates, but also to the estate of testates where the widow elects to take against the will. The act is constitutional.

Argued Jan. 5, 1912. Appeal, No. 209 Jan. T., 1911, by Joseph Deegan, from decree of O. C. Phila. Co., Jan. T., 1911, No. 402, dismissing exceptions to adjudication in Estate of Michael Deegan, deceased. Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Exceptions to adjudication.

*Error assigned* was decree dismissing exceptions to adjudication.

*Edmund Randall,* with him *M. J. McEnery,* for appellant.

*Frank G. Sayre,* with him *Charles H. Sayre,* for appellee.

OPINION BY MR. JUSTICE MESTREZAT, February 19, 1912:

The question raised on this record involves the interpretation of the act of April 1, 1909, P. L. 87, and is determined by the decision in the estate of Joseph Guenthoer, deceased, 235 Pa. 67. For the reasons stated in the opinion filed herewith in that estate, the decree of the court below is affirmed.